UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

**KENNETH LEE CURRY,**

        Defendant.

---



O R D E R

Cr. No. 08-CR-241

(Hon. Thomas J. McAvoy)

Defendant **KENNETH LEE CURRY** has filed a motion to dismiss the Indictment on various grounds.  The United States of America, by its attorneys, has filed an affidavit and memorandum of law in opposition thereto.

**NOW,** upon all the pleadings and proceedings heretofore had herein, and the Court after due consideration, it is hereby

**ORDERED** that defendant's motion for dismissal of the Indictment is denied.

Dated: November 20, 2008

                                    HON. THOMAS J. MCAVOY
                                    UNITED STATES SENIOR DISTRICT
                                    JUDGE